THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JACK WASHINGTON, Respondent. (Appeal No. 1.) [795 NYS2d 915]— Appeal from an order of the Monroe County Court (Stephen K. Lindley, A.J.), dated November 1, 2004. The order granted defendant's motion to vacate a judgment of conviction pursuant to CPL 440.10 and granted a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Martoche, J.P., Smith, Lawton and Hayes, JJ.